PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No. 143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:   jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         hwinograd@pszjlaw.com

-and-

HAYWARD PLLC
Melissa S. Hayward (Texas Bar No. 24044908)
Zachery Z. Annable (Texas Bar No. 24053075)
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100
Facsimile: (972) 755-7110
Email:   MHayward@HaywardFirm.com
         ZAnnable@HaywardFirm.com

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P., AND CLO HOLDCO, LTD. | § § § § | |
| | § | Adv. Proc. No. 21-03067-sgj |
| Plaintiffs, | § § | |
| vs. | § § | Case No. 3:22-cv-02802-S |
| HIGHLAND CAPITAL MANAGEMENT, L.P., HIGHLAND HCF ADVISOR, LTD., AND HIGHLAND CLO FUNDING, LTD. | § § § § § | |
| Defendants. | § § | |

**HIGHLAND CAPITAL MANAGEMENT, L.P.'S RESPONSE
TO OBJECTION TO THE BANKRUPTCY COURT REPORT AND
RECOMMENDATION TO THE DISTRICT COURT ON "RENEWED"
<u>MOTION TO WITHDRAW THE REFERENCE [BANKR. DOC. NO. 128]</u>**

Highland Capital Management, L.P. ("Highland" or "Defendant"), the defendant in the above-captioned proceeding (the "Action"), hereby files its response (the "Response") to the *Objection to Bankruptcy Court Report and Recommendation to the District Court on "Renewed" Motion to Withdraw the Reference [Bankr. Doc. No. 128]* [D.I. 3] (the "Objection") filed by plaintiff The Charitable DAF Fund, L.P. ("DAF") and plaintiff CLO Holdco, Ltd. ("CLOH", and together with DAF, the "Plaintiffs"). Highland fully incorporates herein its contemporaneously filed brief (the "Brief") in response to the Objection and would show unto the Court the following:

## I.   RELIEF REQUESTED[1]

1. By this Response, Highland respectfully requests that the Court enter an order overruling the Objection.

2. Pursuant to Rules 7.1(d) and (h) of the *Local Civil Rules of the United States District Court for the Northern District of Texas, Dallas Division* (the "Local Rules"), the Brief is being filed contemporaneously with this Response and is incorporated herein by reference.

## II.   PRAYER

WHEREFORE, Highland respectfully requests that the Court (i) overrule the Objection, and (ii) grant such other and further relief as the Court deems just and proper.

---

[1] All capitalized terms used but not defined in this Response have the meanings given to them in the Brief.

1

| | |
|---|---|
| Dated: March 21, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | Jeffrey N. Pomerantz (CA Bar No. 143717) |
| | John A. Morris (NY Bar No. 2405397) |
| | Gregory V. Demo (NY Bar No. 5371992) |
| | Hayley R. Winograd (NY Bar No. 5612569) |
| | 10100 Santa Monica Blvd., 13th Floor |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 277-6910 |
| | Facsimile: (310) 201-0760 |
| | Email: jpomerantz@pszjlaw.com |
| | jmorris@pszjlaw.com |
| | gdemo@pszjlaw.com |
| | hwinograd@pszjlaw.com |
| | |
| | -and- |
| | |
| | **HAYWARD PLLC** |
| | */s/ Zachery Z. Annable* |
| | Melissa S. Hayward (Texas Bar No. 24044908) |
| | Zachery Z. Annable (Texas Bar No. 24053075) |
| | 10501 N. Central Expy, Ste. 106 |
| | Dallas, Texas 75231 |
| | Telephone: (972) 755-7100 |
| | Facsimile: (972) 755-7110 |
| | Email: MHayward@HaywardFirm.com |
| | ZAnnable@HaywardFirm.com |
| | |
| | *Counsel for Highland Capital Management, L.P.* |