# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| CHARITABLE DAF FUND, L.P. and<br>CLO HOLDCO, LTD., directly and<br>derivatively,<br><br>v.<br><br>HIGHLAND CAPITAL<br>MANAGEMENT, L.P., HIGHLAND<br>HCF ADVISOR, LTD., and HIGHLAND<br>CLO FUNDING, LTD. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:22-CV-2802-S |

## ORDER

This Order addresses the Joint Motion to Transfer Proceeding and Consolidate Before Original Court [ECF No. 11] ("Motion"). The Court **GRANTS** the Motion and the above-numbered case is hereby transferred to the docket of the Honorable Judge Jane Boyle, and shall henceforth carry the suffix letter "B."

**SO ORDERED.**

SIGNED April 3, 2023.

_____
KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**